**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Eddie Lee DIXON, Defendant-Appellant.**

**No. 30818**
**Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

April 13, 1971.

James W. Smith, Smith, Gardner, Wiggins, Geer & Brimberry, Albany, Ga., for defendant-appellant.

William J. Schloth, U. S. Atty., Charles T. Erion, Asst. U. S. Atty., Macon, Ga., for plaintiff-appellee.

Before JOHN R. BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

* Rule 18, 5th Cir., see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.